**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

<u>List of Unclaimed Funds, Claimants, and Amounts</u>

IN THE MATTER OF:                    CHAPTER 13 CASE:

CHRISTOPHER & SARAH FULTON                   05-02986-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|----------|--------------------|--------|
| DEBRA MAYFIELD | 503 SOUTH CANAL STREET NATCHEZ, MS 39120 | $1310.46 |
|  |  |  |
|  |  |  |

DATED:        03/18/10                    Respectfully submitted,

                                          /s/James L. Henley, Jr.
                                          James L. Henley, Jr., MSB #9909
                                          Chapter 13 Trustee
                                          PO Box 31980
                                          Jackson, MS 39286
                                          (601) 981-9100

CC:    ROB CURTIS
       ATTORNEY AT LAW
       P.O. BOX 4169
       JACKSON, MS 39296-4169